IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RODNEY S. HILL, III )
) No. 3-14-0388
v. )
)
LINCARE, INC. )

O R D E R

By Order entered March 20, 2014, Docket Entry No. 9, the Court granted the plaintiff's motion to continue initial case management conference to the extent that the initial case management conference, scheduled on March 24, 2014, was cancelled, and the parties relieved of their obligation to file a proposed initial case management order, but directed that a conference call convene instead.

Due to a sudden conflict in the Court's calendar that conference call had to be continued. Counsel have now advised the Court that they are available to convene the conference call on April 7, 2014.

Therefore, counsel for the parties shall convene a telephone conference call with the Court on **Monday, April 7, 2014, at 1:00 p.m.,** to be initiated by defendant's counsel, to address briefing the pending motions, rescheduling the initial case management conference, and any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge