IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RODNEY S. HILL, III )
) No. 3-14-0388
v. )
)
LINCARE, INC. )

O R D E R

Pursuant to the order entered March 25, 2014 (Docket Entry No. 11), counsel for the parties called the Court on April 7, 2014, at which time the following matters were addressed:

1. The parties are not able to agree upon whether this case should be remanded or transferred, although they do agree that it will be either remanded or transferred. Therefore, the initial case management conference shall not be rescheduled.

2. The defendant shall have until April 8, 2014, to file a short reply to the plaintiff's response (Docket Entry No. 10) to the defendant's motion to transfer (Docket Entry No. 7).

3. The plaintiff shall have until April 11, 2014, to file a short sur-response to the defendant's reply.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the plaintiff's motion for remand (Docket Entry No. 5), and the defendant's response (Docket Entry No. 6); and the defendant's motion to transfer venue (Docket Entry No. 7),[1] the plaintiff's response (Docket Entry No. 10), the defendant's reply to be filed by April 8, 2014, and any sur-response to be filed by April 11, 2014.

No other filings in support of or in opposition to the plaintiff's pending motion to remand or the defendant's pending motion to transfer venue shall be made after April 11, 2014, except with Judge Nixon's express permission.

---

[1] The defendant included its response to the plaintiff's motion for remand and its motion to transfer in the same document and filed it as two separate filings.

Inasmuch as this case will either be remanded to the Circuit Court of Warren County or transferred to the Eastern District of Tennessee, unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge