IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RODNEY S. HILL, III, | ) |
| Plaintiff, | ) No. 3:14-cv-00388 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Griffin |
| LINCARE, INC., | ) JURY DEMAND |
| Defendant. | ) |

## ORDER

Pending before this Court is the parties' Stipulation and Agreed Order of Dismissal with Prejudice. (Doc. No. 14.) Plaintiff Rodney S. Hill, III and Defendant Lincare, Inc. stipulate to the dismissal of all of Plaintiff's claims with prejudice, with each party to bear its own costs and expenses except as negotiated and agreed to by the parties. (Id.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk of the Court to close this case.

It is so ORDERED.

Entered this the ____ day of August, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT